IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | ORDER OF RECUSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because of a possible appearance of impropriety in my handling this case,

IT IS ORDERED that the matter is referred to the Chief Judge for reassignment.

Dated April 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge