IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )              4:08CR3061
                                 )
        v.                       )
                                 )
RETHA HUDKINS,                   )                ORDER
                                 )
                Defendant.       )
                                 )

        IT IS ORDERED:

        Defendant's motion to continue deadline, filing 13, is
granted and the deadline for filing pretrial motions is extended
to September 1, 2008.

        DATED this 30th day of July, 2008.

                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge