```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| V. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The deadline for filing pretrial motions, previously identified as September 1, 2008, is extended to September 2, 2008.

DATED this 29th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge