```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| V. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

(1) The parties' joint motion to continue the trial date, filing 16, is granted.

(2) Trial is set for 9:00 a.m. on December 8, 2008 for a duration of seven trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

DATED this 3rd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge