IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the plaintiff's Motion for Extension of Time, filing 30.

IT IS ORDERED:

The Court, being duly advised in the premises, finds that the motion should be granted. The plaintiff is given until September 16, 2008, to file a response to defendant's pretrial motions and applications.

Dated this 10th day of September, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge