IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The motion to seal (filing 18) is granted.

(2)   The motion in limine and request for hearing (filing 19) shall be sealed.

(3)   I will take up the motion in limine and motion for hearing (filing 19) on the first day of trial.

September 15, 2008.          BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge