```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
               Plaintiff,    )            4:08CR3061
                             )
       v.                    )
                             )
RETHA HUDKINS,               )              ORDER
                             )
               Defendant.    )
                             )
```

IT IS ORDERED:

Plaintiff's motion for extension of time, filing 33, is granted and the deadline for plaintiff to respond to defendant's pretrial motions is extended to September 19, 2008

DATED this 17th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge