IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for extension of time, filing 39, is granted and the deadline for Defendant to respond to Plaintiff's Motion to Deny or Quash the Issuance of Subpoenas Duces Tecum and supporting Brief of the United States on Defendant's Pretrial Motions and Plaintiff's Motion to Deny or Quash is extended to October 3, 2008.

DATED this 25th day of September, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge