IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for extension of time, filing 40, is granted and the deadline for Defendant to respond to Plaintiff's Brief in Response to Defendant's Motion for Additional Discovery or in the Alternative, Motion to Suppress is extended to October 3, 2008.

DATED this 25th day of September, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge