IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

After careful consideration,

    IT IS ORDERED that:

1.     The Objection to Magistrate's Memorandum and Order Re: Issuance of Subpoenas Duces Tecum (filing 46) is denied.

2.     The Objection to Magistrate's Memorandum and Order Re: Additional Discovery or, In the Alternative, Motion to Suppress and Request for Evidentiary Hearing (filing 47)[1] is denied *except* as provided below:

    A.     That part of the motion asserting a motion to suppress the statements and testimony of Roger Cox is referred to Magistrate Judge Piester for consideration. Judge Piester may require the filing of a separate motion to suppress supported by a brief. Judge Piester may also establish such other procedures as he thinks necessary to deal with the motion to suppress. This order does not require the holding of an evidentiary hearing unless an evidentiary hearing is necessary to resolve a properly supported motion to suppress.

    B.     Only to the extent provided in subparagraph A above, the motion (filing 47) is granted.

---

[1] The docket text for filings 46 and 47 do not accurately describe the summary of relief requested in the caption of the motions.

November 6, 2008.   BY THE COURT:

  s/ *Richard G. Kopf*
  United States District Judge