```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          4:08CR3061
                               )
         v.                    )
                               )
RETHA HUDKINS,                 )       MEMORANDUM AND ORDER
                               )
              Defendant.       )
_____)
```

The district judge has remanded that part of filing no. 47, which in turn, appears to echo that part of filing no. 20 which seeks suppression of any "statement and any testimony of Roger Cox." Defendant's prior filing did not put forth any basis upon which such statements and/or testimony should be suppressed, although there is a vague reference to unspecified "constitutional rights" in filing no. 47, "Objection to Magistrate's [sic] Memorandum and Order Re: Additional Discovery or, in the Alternative, Motion to Suppress and Request for Hearing," at 5. I shall require defendant to file a clear motion setting forth the basis or bases upon which she claims that the "statement and any testimony" should be suppressed. I shall continue the trial date pending resolution of this matter.


     IT THEREFORE HEREBY IS ORDERED:

     1.  The defendant is given until December 1, 2008 to file a motion to suppress particularized statements and/or testimony of Roger Cox.  Such motion shall set forth with specificity the factual basis supporting the motion, and shall be supported by a brief explaining the legal basis and authority for suppression of each statement or subject of testimony that defendant claims should be suppressed.

  2.  Trial of this matter is continued until further order of the court following resolution of any motion filed by the defendant.

DATED this 19th day of November, 2008.

                    BY THE COURT:

                    s/ David L. Piester
                    David L. Piester
                    United States Magistrate Judge