```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| V. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government's motion for status conference, filing no. 50, is granted. A telephonic status conference will be held before the undersigned magistrate judge on **December 3, 2008 at 2:30 p.m.** Counsel for the government shall place the call.

DATED this 26th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge