IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been informed that due to illness, defendant's counsel is unavailable for the telephone conference that was scheduled for today.  With the agreement of plaintiff's counsel,

IT IS ORDERED that the telephone conference is continued to December 10, 2008 at 9:00 a.m.  Plaintiff's counsel shall place the call.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge