IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter comes before the Court on the Plaintiff's Motion for Extension of Time, filing no. 55.

     The Court, being duly advised in the premises, finds that the motion should be granted. The plaintiff is given until December 15, 2008, to file a responsive brief to the defendant's motion to suppress.

     Dated this 9th day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge