THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Magistrate Judge's Recommendation (filing 61) that defendant Retha Hudkins' motion to suppress (filing 52) be denied. No objections to the Recommendation have been filed, as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.1(c) and 57.3.

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted for the reasons stated in the accompanying memorandum.

IT IS ORDERED:

1.   The Magistrate Judge's Recommendation (filing 61) is adopted; and

2.   The defendant's motion to suppress (filing 52) is denied.

February 20, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge