IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| V. | ) | |
| | ) | |
| RETHA HUDKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that Defendant Hudkins' revocation hearing is rescheduled to Thursday, August 20, 2009, at 2:00 to 4:30 p.m. and continued on Friday, August 21, 2009, at 9:00 a.m. to 12:00 noon and 1:15 to 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

DATED this 10th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge