IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorneys of record hereby certify that on the 3rd day of August, 2009, the Notice to Take Deposition of David Shiffermiller was sent by United States Mail, postage prepaid, to the following:

Steven A. Russell
Assistant U.S. Attorney
U.S. Department of Justice
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508-3865

We further state that we have filed the foregoing Certificate of Service with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the above attorney of record.

RETHA HUDKINS, Defendant

BY: /s/_____
Christopher M. Ferdico, #20988
Baylor, Evnen, Curtiss, Grimit & Witt, LLP
Wells Fargo Center
1248 O Street, Suite 600
Lincoln, NE  68508
Telephone No.:  402/475-1075
Facsimile No.:   402/475-9515
Email:  cferdico@baylorevnen.com

BY: /s/_____
     Nancy K. Peterson, #21571
     330 S. 10th St., Suite 200
     Lincoln, NE  68508
     Telephone No.:  402/477-9192
     Facsimile No.:  402/471-0777
     Email:  nancy@nkpetersonlaw.com
     Attorneys for Defendant

312605