IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3061 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| RETHA HUDKINS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED the defendant's evidentiary hearing and sentencing are continued to Tuesday, September 29, 2009, from 9:00 a.m. to 12:00 noon, before the undersigned United States district judge.

DATED this 13th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge