IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| RETHA HUDKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorneys of record hereby certify that on the 21st day of September, 2009, the Notice to Take Videotaped Deposition of Paul Gobbo, M.D. was sent by United States Mail, postage prepaid, to the following:

Steven A. Russell
Assistant U.S. Attorney
U.S. Department of Justice
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508-3865

Paul Gobbo, M.D.
%Pierce Family Practice
1500 S. 48th Street, Suite 605
Lincoln, NE  68506

We further state that we have filed the foregoing Certificate of Service with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the above attorney of record.

RETHA HUDKINS, Defendant

BY:   /s/ Christopher M. Ferdico, #20988
      Christopher M. Ferdico, #20988
      Baylor, Evnen, Curtiss, Grimit & Witt, LLP
      Wells Fargo Center
      1248 O Street, Suite 600
      Lincoln, NE  68508
      Telephone No.:  402/475-1075
      Facsimile No.:  402/475-9515
      Email:  cferdico@baylorevnen.com

BY:   /s/ Nancy K. Peterson, #21571
      Nancy K. Peterson, #21571
      330 S. 10th St., Suite 200
      Lincoln, NE  68508
      Telephone No.:  402/477-9192
      Facsimile No.:  402/471-0777
      Email:  nancy@nkpetersonlaw.com
      Attorneys for Defendant

312607