IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RETHA HUDKINS,<br><br>　　　　Defendant. | **WITNESS LIST**<br><br>Case No.  4:08cr3061<br>Deputy: Gale Gomez<br>Reporter: Digital Recorder<br>Date: September 29, 2009<br>Sentencing Hearing |

FOR PLAINTIFF:

Name　　　　　　　　　　　　　　　　　　　　Date

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT

| Name | Date |
|---|---|
| Patrick A. Meyer | 9/29/2009 |
|  |  |