IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RETHA HUDKINS, a/k/a<br>RETHA KNAPP,<br><br>        Defendant,<br><br>And<br><br>EDWARD JONES,<br><br>        Garnishee. | 4:08CR3061 |

## SEALED ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Ex-Parte Application for Writ of Garnishment of the Plaintiff, United States of America, for an Order to Issue the Writ of Garnishment against Edward Jones, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Edward Jones, Security Processing Services, Attn: Garnishment Team, 201 Progress Pkwy, Maryland Heights, MO 63043.

DATED this 22nd day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge