IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | |
| RETHA HUDKINS, a/k/a RETHA KNAPP, | 4:08CR3061 |
| Defendant, | |
| And | |
| EDWARD JONES, | |
| Garnishee. | |

**AMENDED GARNISHEE ORDER**

A Writ of Garnishment, directed to Garnishee, Edward Jones, Security Processing, Attn: Garnishment Team, 201 Progress Pkwy, Maryland Heights, MO 63043 has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 6, 2019, stating that at the time of the service of the Writ they had in their possession or under their control property belonging to defendant Retha Hudkins, ------------------, Lincoln, NE 68516.

IT IS ORDERED that the Garnishee shall sell or otherwise liquidate the shares of the 12 mutual funds and the money market fund in the IRA account of Defendant Retha Knapp.

IT IS FURTHER ORDERED that Garnishee pay over the most recent up to date total market account value compromised of shares of 12 mutual funds and $7.88 held in cash or money market, or the sum of $63, 799.88 from the Defendant's IRA account xxx229 to the Clerk of the United States District Court to be applied to the defendant's restitution obligation. Payment should be made payable to the Clerk of the United States District Court and should reference case number 8:08CR41. Payment should be sent to the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102.

Dated this 17th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge